JAMES A. PARKER

SENIOR JUDGE

(505) 348-2320

FAX (505) 348-2323

May 4, 2004

Hon. Mary M. Lisi, Chair
Committee on Financial Disclosure
Administrative Office of the U.S. Courts
Suite 2-301
One Columbus Circle NE
Washington, DC 20544

Re: *Financial Disclosure Report for Calendar Year 2003*

Dear Judge Lisi:

Thank you for your April 21, 2004 letter.

Enclosed are three copies of this letter, which may be considered an amendment to my 2003 Financial Disclosure Report and earlier Financial Disclosure Reports.

I had no liabilities to report in Part VI of my 2003 Financial Disclosure Report. Enclosed are three copies of the page containing Part VI that has been amended by inserting an "X" in the "NONE" box.

I agree that value method code "T" would more accurately indicate the basis for the value of the asset shown on line 38 in Part VII and that my 2003 Financial Disclosure Report should be amended to insert "T" in place of "U" in column C(2) on line 38, page 3, Part VII.

Since value code "U" had been used to report the value of the same asset in earlier reports, my Financial Disclosure Reports for calendar years 1993, 1994, 1995, 1996, 1997, 1998, 1999, 2000, 2001 and 2002 should be amended by inserting "T" in place of "U" in column C(2) on the following lines of the earlier reports:

| Report Year | Line and Page of Part VII |
|---|---|
| 1993 | Line 176; Page 10 |
| 1994 | Line 168; Page 10 |
| 1995 | Line 165; Page 10 |
| 1996 | Line 160; Page 10 |
| 1997 | Line 123; Page 8 |
| 1998 | Line 101; Page 6 |
| 1999 | Line 58; Page 4 |
| 2000 | Line 50; Page 3 |
| 2001 | Line 52; Page 4 |
| 2002 | Line 39; Page 3 |

Please let me know if additional information is required in order to close my 2003 Financial Disclosure Report.

JAP:cm
enclosures as indicated

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| [x] | NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| [X] | NONE (No such reportable gifts.) | | |
| 1 | nothing to report | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| [X] | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

FINANCIAL DISCLOSURE OFFICE — 2004 MAY 7 A 11:08 — RECEIVED

* CODES: J=$15,000 or less   K=$15,001-$50,000   L=$  M=$100,0 ,000   N=$250,00 700,000
n=$50,0  ,000,000   P1=$1,000,001-$1,000,000   P2=$5,000,00 $25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,  or more

AO-10 (WP)
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2003

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. App. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| PARKER, JAMES A. | U.S. DISTRICT COURT | 2/20/04 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| SENIOR U.S. DISTRICT JUDGE | ___ Nomination, Date _____ <br> ___ Initial  _X_ Annual  ___ Final | 01/01/2003 to 12/31/2003 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 333 Lomas Blvd., N.W., Suite 690 Albuquerque, N.M.  87102 | Reviewing Officer _____  Date _____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| X  NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| X  NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

| | | |
|---|---|---|
| X  NONE (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| X  NONE (No reportable non-investment income.) | | |
| 1 | | |
| 2 | | |

AO-10 (w)
Rev. 1/2000

# FINANCIAL DISCLOSURE REPORT
## Calendar Year 2003

Report required by the Ethics in
Government Act of 1978, as amended
(5 U.S.C. App. 4, Sec. 101-112)

| 1. Person Reporting *(Last name, first, middle initial)*<br><br>PARKER, JAMES A. | 2. Court or Organization<br><br>U.S. DISTRICT COURT | 3. Date of Report<br><br>02/20/2004 |
|---|---|---|

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>Chief U.S.DIST.JUDGE(SENIOR) | 5. Report Type (check type)<br><br>___ Nomination, Date ___/___/___<br><br>___ Initial　X Annual　___ Final | 6. Reporting Period<br><br>01/01/2003<br>to<br>12/31/2003 |
|---|---|---|

| 7. Chambers or Office Address<br><br>333 Lomas Blvd.,N.W.,Suite 690<br><br>ALBUQUERQUE, N.M.　87102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|
| [X] NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

FINANCIAL DISCLOSURE OFFICE
MAR 22 11 31 AM '04
RECEIVED

## II. AGREEMENTS *(Reporting individual only; see pp.14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| [X] NONE (No reportable agreements.) | |
| 1 | |
| 2 | |
| 3 | |

## III. NON-INVESTMENT INCOME *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| [X] NONE (No reportable non-investment income.) | | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| [X] NONE (No such reportable reimbursements.) | | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| [ ] NONE (No such reportable gifts.) | | | |
| 1 | nothing to report | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| [ ] NONE (No reportable liabilities.) | | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
    0=$500.001-$1.000.000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

| | | |
|---|---|---|
| Name of Person Reporting<br>PARKER, JAMES A. | | Date of Report<br>02/20/2004 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type<br>(e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Delta Petroleum | | None | M | T | | | | | |
| 2 General Electric | C | Dividend | M | T | | | | | |
| 3 BankAmerica | E | Dividend | P1 | T | Sold (Part) | 01/17 | L | E | |
| 4 U.S. Treas Notes | D | Interest | M | T | | | | | |
| 5 Checking Acct.-(JAP ▉) BkAmerica-Albuquerque, NM | A | Interest | K | T | | | | | |
| 6 Check Acct(JAP▉Bk.Am. (Undivided 50%) | A | Interest | J | T | | | | | |
| 7 Agency Acct(JAP▉ Chase-Morgan Private Bank, TX | B | Royalty In | J | T | | | | | |
| 8 Parcel #1, Harris Co., TX (Undivided 50%) | | None | M | S | | | | | |
| 9 Parcel #2, Harris Co., TX (Undivided 50%) | | None | M | S | | | | | |
| 10 Parcel #3, Harris Co., TX (Undivided 50%) | | None | L | S | | | | | |
| 11 Parcel #1, Brazoria Co., TX (Undivided 50%) | | None | | | SOLD | 08/08 | K | D | |
| 12 Parcel #2, Brazoria Co., TX (Undivided 50%) | | None | J | S | | | | | |
| 13 Parcel #3, Brazoria Co., TX (Undivided 50%) | A | Rent | K | S | | | | | |
| 14 Parcel #1, Live Oak Co., TX (Undivided 50%) | C | Rent | M | S | | | | | |
| 15 Parcel #1, Bernalillo Co. NM (Undivided 25%) | | None | K | S | | | | | |
| 16 Parcel #2, Bernalillo Co., NM (Undivided 50%) | | None | K | S | | | | | |
| 17 Land Sale Agreement (Undivided 50%) | G | PAYOFF | | | PAYOFF | 03/03 | M | F | Boyhahn, LLC (Purchaser) |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

## VII. Page 2 INVESTMENTS and TRUSTS— income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 Promissory Note-Receivable (Undivided 20%) | D | Interest | M | T | | | | | Moyer Land Ltd. |
| 19 MINERAL ROYALTY PROPERTIES: | | | | | | | | | |
| 20 LOUISIANA | | | | | | | | | |
| 21 State leases, St. Bernard Parish | E | Royalty | L | W | | | | | |
| 22 Common Leases, Ascension Parish | A | Royalty | K | W | | | | | |
| 23 VariousLeases, Placquemine Parish | A | Royalty | J | W | | | | | |
| 24 TEXAS | | | | | | | | | |
| 25 Dobie Ranch, Live Oak Co. | F | Royalty | M | W | | | | | |
| 26 Bash Unit, Harris Co. | | | | | WRITEOFF | 01/01 | | | |
| 27 COLORADO | | | | | | | | | |
| 28 O.R.R.I., Weld Co. | A | Royalty | J | W | | | | | |
| 29 MINERAL WORKING INTERESTS: | | | | | | | | | |
| 30 8 Wells, Adams Co., CO. | E | Royalty | L | U | Sold (Part) | 09/01 | L | E | Bonanza Creek Oil Co. |
| 31 1 Well, Arapahoe Co, CO. | C | Royalty | J | U | Sold (Part) | 09/01 | J | C | Bonanza Creek Oil Co. |
| 32 8 Wells, Washington Co., CO | C | Royalty | K | U | Sold (part) | 09/01 | J | C | Bonanza Creek Oil Co. |
| 33 2 Wells, Weld Co., CO. | D | Royalty | K | U | Sold (Part) | 06/19 | O | G | Red Willow Prod. |
| 34 1 Well, Burleson Co., TX | A | Royalty | J | U | Sold(Part) | 09/01 | J | C | Bonanza Creek Oil Co. |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,

3 Val Mth Codes:   Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 02/20/2004 |

## VII. Page 3 INVESTMENTS and TRUSTS— income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | B. (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | C. (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | D. If not exempt from disclosure (2) Date: Month-Day | D. (3) Value Code (J-P) | D. (4) Gain Code (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income,assets, or transactions.) | | | | | | | | | |
| 35  1 Well, Elbert Co., CO | | None | J | U | Purchase | 12/15 | J | | Sovereign Energy |
| 36  20 Wells, Stark Co., N.D. | | None | N | U | Purchase | 12/16 | N | | Sovereign Holdings LLC |
| 37 Parcel #1, La Plata Co., CO. (land,cabins,water)(25% int.) | B | Rent | N | U | | | | | |
| 38 Cash-F.R.R. Acct.-BkAmerica (25% interest) | A | Interest | J | U | | | | | |
| 39 Dreyfus Instl. Gov. Fund | A | Interest | | | Sold | 09/05 | K | | |
| 40 Home Depot | B | Dividend | M | T | | | | | |
| 41 Pfizer, Inc. | B | Dividend | M | T | | | | | |
| 42 Emerson Elec. | A | Dividend | K | T | | | | | |
| 43 Partnerre Hold | A | Dividend | K | T | | | | | |
| 44 Intel | A | Dividend | N | T | | | | | |
| 45 Cisco Systems Inc | | None | N | T | | | | | |
| 46 Tiffany & Co. | A | Dividend | K | T | | | | | |
| 47 Johnson & Johnson | A | Dividend | K | T | | | | | |
| 48 Staples, Inc. | | None | M | T | | | | | |
| 49 Clear Channel Comm., Inc. | A | Dividend | J | T | | | | | |
| 50 Analog Devices,Inc. | A | Dividend | K | T | | | | | |
| 51 St. Paul Co.,Inc. | A | Dividend | K | T | | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes:   Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| PARKER, JAMES A. | 02/20/2004 |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 52 Transocean Sedco, Inc. | A | Dividend | J | T | | | | | |
| 53 Franklin Global LG Cap Fund | A | Interest | M | T | Exchange | 07/25 | M | | |
| 54 Franklin Global SM Cap Fund | | None | L | T | Exchange | 07/25 | L | | |
| 55 Verizon Global Note | A | Interest | K | T | Purchase | 09/29 | K | | |
| 56 Wells Fargo & Co Note | A | Interest | K | T | Purchase | 10/10 | K | | |
| 57 Fed Home LN MTG Bank Note | A | Interest | K | T | Purchase | 10/15 | K | | |
| 58 | | | | | | | | | |
| 59 | | | | | | | | | |
| 60 | | | | | | | | | |
| 61 | | | | | | | | | |
| 62 | | | | | | | | | |
| 63 | | | | | | | | | |
| 64 | | | | | | | | | |
| 65 | | | | | | | | | |
| 66 | | | | | | | | | |
| 67 | | | | | | | | | |
| 68 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| | | | | | |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| | | | | |
|---|---|---|---|---|
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
| | U=Book Value | V=Other | W=Estimated | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

During 2003 I made charitable gifts of Bank of America stock (line 3, Section VII) exceeding $1,000.00 in value to University of New Mexico Foundation, Rice University, United Way of Central New Mexico, St.Johns Episcopal Cathedral, Albuquerque Museum Foundation,and the University of Texas Law School Foundation.

During 2003 ▓▓▓▓▓▓ I made gifts exceeding $1,000.00 in value of interests in our ▓▓▓ LLC to each of ▓▓▓▓▓▓▓ and of forgiveness of debt to ▓▓▓▓▓▓▓▓▓▓▓▓.

The securities shown on lines 1-4 and 39-57 of Section VII were held during 2003 by Fiduciary Trust International either in I.R.A. accounts and/or in a managed account.

The agency account at Chase-Morgan Private Bank (line 7, Section VII) is an account in which ▓▓▓▓▓ I each have an undivided 50% interest. The primary assets for which Chase-Morgan Private Bank is agent are Louisiana mineral royalty properties (lines 21-23, Section VII). The royalty income received by the Bank is invested in money-market funds which earn interest or dividends in the amount stated on line 7, Section VII. The royalty income from and the values of the mineral properties held in the agency account are stated at lines 21-23 of Section VII.

Value code S was used for the following properties:

```
Line  8: Parcel #1, Harris Co., TX       $335,850   (My 50%=$167,925)
Line  9: Parcel #2, Harris Co., TX       $435,000   (My 50%=$217,500)
Line 10: Parcel #3, Harris Co., TX       $111,300   (MY 50%= $55,650)
Line 12: Parcel #2, Brazoria Co.,TX       $11,120   (My 50%=  $5,560)
Line 13: Parcel #3, Brazoria Co.,TX       $50,560   (My 50%= $25,280)
Line 14: Parcel #1, Live Oak Co.,TX.      $39,210   (My 50%= $19,605)
Line 15: Parcel #1, Bernalillo Co., NM   $157,800   (My 25%= $39,450)
Line 16: Parcel #2, Bernalillo Co., NM    $63,700   (My 50%= $36,850)
```

The line of credit I had with Fiduciary Trust International(Shown in Section VI, 2002 Report) was paid in full by periodic payments during 2003.

On 05/23 I received a distribution of $18.16 from Philip Morris Securities Settlement Fund.

On 12/11 I received from the State of New Mexico $65.48 from an unclaimed property suspense fund.

On 11/19 I received a distribution of $128.27 from TransTexas Gas Corp. Bankruptcy Creditors fund.

On 02/12 I received a refund of $360.00 from Klein I.S.D. for overpayment of taxes.

On June 19, 2003 we sold our interest in the 15 wells in Weld County, Colorado (Shown on line 36, Section VII, 2002 Report) to Red Willow Prod. LLC for a value in category O with a gain in category G. On December 15, 2003 we purchased interests in 2 wells in Weld County, Colorado (Shown on line 33, Section VII, this 2003 Report) from Sovereign Energy LLC for a value in category K.

Effective September 1, 2003 we sold our interests in the 30 wells in Adams County, Colorado, the 1 well in Arapahoe County, Colorado, the 1 well in Washington County, Colorado, and the 1 well in Burleson County, Texas (Shown on lines 33, 34, 35 and 37, Section VII, 2002 Report) to Bonanza Creek Oil Co. for a total value in catagory M with a gain in category F. On December 15, 2003 we purchased fractional interests in 8 wells in Adams County, Colorado, 1 well in Arapahoe County, Colorado, 8 wells in Washington County, Colorado, 1 well in

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>PARKER, JAMES A. | Date of Report<br>02/20/2004 |
| --- | --- | --- |

## VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

Burleson County, Texas, and 1 well in Elbert County, Colorado (Shown on lines 30, 31, 32, 34 and 35, Section VII, this 2003 Report) from Sovereign Energy LLC for a total value in category M.

During 2002 the Bash Unit minerals lease (Shown on Line 29, Section VII, 2002 Report and on Line 26, Section VII, this 2003 Report) under which we had been receiving royalty payments expired for non-production, so I wrote this asset off as of January 1, 2003. (Actually it had no value as of the end of 2002).

Our interests in FTI Large Cap Fund and FTI Small Cap Fund (Shown on lines 56 and 57, Section VII, 2002 Report) were exchanged July 25, 2003 for interests of equal value in Franklin Global LG Cap Fund and Franklin Global SM Cap Fund (Shown on lines 53 and 54, Section VII, this 2003 Report). My 2002 report stated that our interests in the FTI Funds had been sold in full on 12/18/02. That was incorrect in that the sales on 12/18/02 were of only part of the FTI Funds. At the end of 2002 the value of our interest in FTI Large Cap Fund was in category L and the value of our interest in FTI Small Cap Fund also was in category L.

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.



Signat_____                                                    ate  _2-20-04_

Note:          Any individual who knowingly and wilfully falsifies or fails to file this report
               may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544